IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Clifford C. Roberts,

Plaintiff(s),

v.

Lt. Jaburek.

Defendant(s).

Case No. 20 C 2404
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ .

Defendant(s) shall recover costs from plaintiff(s).

 X  other: The jury returns a verdict in favor of Plaintiff Clifford C. Roberts and against Defendant Lt. Jaburek.
.

Defendant(s) shall recover costs from plaintiff(s).

This action was *(check one)*:

X  tried by a jury with Judge Harjani presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by

Date: 2/13/2025                                             Thomas G. Bruton, Clerk of Court

                                                                        Lynette Santiago, Deputy Clerk